UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ALEX FERRER,

                              Petitioner,


              -v.-                                      9:05-CV-1010
                                                        (NAM)(GJD)

SUPERINTENDENT,

                              Respondent.

_____

APPEARANCES:                                     OF COUNSEL:

ALEX FERRER
Petitioner, *pro se*

ELIOT SPITZER                                    LUKE MARTLAND, ESQ.
Attorney General of the State of New York        Assistant Attorney General
Attorney for Respondent
120 Broadway
New York, New York 10271

GUSTAVE J. DI BIANCO, MAGISTRATE JUDGE

**<u>ORDER</u>**

        By Order dated November 14, 2005 ("November Order"), the Court denied a

Motion to Appoint Counsel filed by Petitioner, Alex Ferrer, who commenced the

instant habeas corpus proceeding.  Dkt. No. 7.  Presently before the Court is

Petitioner's Motion for Reconsideration of the November Order.  Dkt. No. 8.

        A court may justifiably reconsider its previous ruling if: (1) there is an

intervening change in the controlling law; (2) new evidence not previously available

comes to light; or (3) it becomes necessary to remedy a clear error of law or to

prevent manifest injustice.  *Delaney v. Selsky*, 899 F.Supp. 923, 925 (N.D.N.Y.

1995) (McAvoy, C.J.) (citing *Doe v. New York City Dep't of Soc. Servs.*, 709 F.2d 782, 789 (2d Cir. 1983), *cert. denied*, 464 U.S. 864 (1983)).

In his Motion for Reconsideration, Petitioner appears to set forth essentially the same purported bases as those contained in his original Motion to Appoint Counsel, namely that he is incarcerated in solitary confinement and is not an attorney.  The Court finds that Petitioner has not established any of the three factors relative to his request for reconsideration.  Accordingly, his motion must be denied.

**WHEREFORE,** it is hereby

**ORDERED**, that Petitioner's Motion for Reconsideration (Dkt. No. 8) is **DENIED**, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties.

Dated: December 13, 2005

_____

Hon. Gustave J. DiBianco
U.S. Magistrate Judge